*Kent Drager,* senior assistant public defender, in opposition.

Decided June 14, 2001

MICHAEL GILLUM, ADMINISTRATOR (ESTATE OF HARUNA GILLUM), ET AL. *v.* YALE UNIVERSITY ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 62 Conn. App. 775 (AC 19546), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*William F. Gallagher,* in support of the petition.

*Jeffrey R. Babbin* and *Kevin E. Majewski* and *Daniel P. Scapellati,* in opposition.

Decided June 14, 2001

MILVIA DIBRINO *v.* JOSEPH FERRUCCI ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 62 Conn. App. 902 (AC 20053), is denied.

*Max F. Brunswick,* in support of the petition.

Decided June 14, 2001

JAMES HUDAK *v.* THE S. CARPENTER CONSTRUCTION COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 62 Conn. App. 902 (AC 20355), is denied.